Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEYS FOR DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **FAIRFAX INVESTORS, LLC**, *et al.* | § | **CASE NO. 26-11984-sah** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered Under Case No. 26-11984)** |
| | § | |
| | § | |
| | § | **Hearing Date: August 18, 2026** |
| | § | |
| | § | **Hearing Time: 1:30 p.m.** |

**SUPPLEMENT TO DEBTORS' EXHIBIT LIST**

COME NOW Fairfax Investors, LLC, Fairfax Best Living, LLC, Woodland Oaks Best Living, LLC and Woodland Oaks Investors, LLC, the Debtors in the above-styled and numbered jointly-administered cases ("Debtors"), by and through their undersigned counsel, and hereby file this Supplement to Debtors' Exhibit List for the hearing scheduled for August 18, 2026.

[1] The jointly administered cases are Fairfax Investors, LLC (Case No. 26-11984), Fairfax Best Living, LLC (Case No. 26-11985), Woodland Oaks Best Living, LLC (Case No. 26-11986), and Woodland Oaks Investors, LLC (Case No. 26-11987).

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 29 | Plan of Reorganization | | | | |
| | Any and all exhibits for foundation, impeachment, or rebuttal | | | | |
| | Any and all exhibits identified by any other party not objected to by Debtors | | | | |

Debtors reserve the right to introduce one or more, or none, of the exhibits listed above, and reserve the right to introduce additional exhibits in rebuttal. Debtors further reserve the right to supplement this list prior to hearing.

Dated: August 14, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2026, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer